SILLS CUMMIS & GROSS P.C.
Scott D. Stimpson (*pro hac vice* application to be submitted)
Katherine M. Lieb
Steven Z. Luksenberg
101 Park Avenue, 28th Floor
New York, New York 10178
(212) 643-7000

*Attorneys for Defendant*
  *Casio America, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC, | : | Civil Action No. 2:20-cv-00524 |
| Plaintiff, | : | Hon. Claire C. Cecchi |
| | | Hon. Mark Falk |
| v. | : | |
| | : | **STIPULATION AND ORDER** |
| | : | **EXTENDING TIME TO ANSWER,** |
| | | **MOVE, OR OTHERWISE RESPOND** |
| CASIO AMERICA, INC., | : | |
| Defendant. | : | (Electronically Filed Document) |
| | : | |

WHEREAS Plaintiff Symbology Innovations, LLC ("Plaintiff") served the summons and complaint on Defendant Casio America, Inc. ("Defendant") on March 30, 2020;

WHEREAS, by Standing Order 2020-04, dated March 24, 2020, the time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint was extended to June 4, 2020;

WHEREAS, other than the aforementioned order, no prior extension of time to answer, move or otherwise respond to the Complaint was obtained by Defendant;

WHEREAS, in order to facilitate settlement discussions, Plaintiff has agreed to an extension of the Defendant's time to respond to Plaintiff's Complaint until July 6, 2020;

1

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their respective undersigned counsel, that Defendant's time to answer, move or otherwise respond to Plaintiff's Complaint shall be extended to July 6, 2020.

Dated:  June __, 2020

STAMOULIS & WEINBLATT LLC

By:  s/ Stamatios Stamoulis_____
    Stamatios Stamoulis
    800 N. West Street Third Floor
    Wilmington, DE 19801
    (302) 999-1540

SAND, SEBOLT & WERNOW CO., LPA
    Howard L. Wernow (admitted
    *pro hac vice*)
    AEGIS TOWER – Suite 1100
    4940 Munson Street NW
    Canton, Ohio 44718
    (330) 244-1174

*Attorneys for Plaintiff*
*Symbology Innovations, LLC*

SILLS CUMMIS & GROSS P.C.

By:  s/ Katherine M. Lieb_____
    Scott D. Stimpson (*pro hac vice*
    application to be submitted)
    Katherine M. Lieb
    Steven Z. Luksenberg
    101 Park Ave, 28th Floor
    New York, New York, 10178
    (212) 643-7000

 *Attorneys for Defendant*
*Casio America, Inc.*

SO ORDERED:

5/29/20

_____
HON. MARK FALK, U.S.M.J.

2