**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **SYMBOLY INNOVATIONS, LLC,** | |
| Plaintiff, | Civil Action No. 3:20-cv-00524 |
| v. | |
| **CASIO AMERICA, INC.,** | TRIAL BY JURY DEMANDED |
| Defendant. | |

## MOTION FOR DISMISSAL

Under Federal Rule of Civil Procedure 41(a), Symbology Innovations, LLC ("SI") moves to dismiss its claims against Casio America, Inc., with prejudice, and further moves for an Order that each party bears its own attorneys' fees and costs.

Dated: August 31, 2020

Of counsel:

Howard L. Wernow (*Pro hac vice*)
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Email: howard.wernow@sswip.com

Respectfully submitted,

STAMOULIS & WEINBLATT LLC

*/s/Stamatios Stamoulis*
Stamatios Stamoulis (#4606)
800 N. West Street, Third
Floor Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

ATTORNEYS FOR PLAINTIFF

SO ORDERED this _____ day of _____, 2020.

_____
United States District Judge