**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **SYMBOLY INNOVATIONS, LLC,**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**CASIO AMERICA, INC.,**<br><br>　　　　　　Defendant. | Civil Action No. 3:20-cv-00524<br><br>TRIAL BY JURY DEMANDED |

## MOTION FOR DISMISSAL

Under Federal Rule of Civil Procedure 41(a), Symbology Innovations, LLC ("SI") moves to dismiss its claims against Casio America, Inc., with prejudice, and further moves for an Order that each party bears its own attorneys' fees and costs.

| | |
|---|---|
| Dated: August 31, 2020 | Respectfully submitted, |
| Of counsel: | STAMOULIS & WEINBLATT LLC |
| Howard L. Wernow (*Pro hac vice*)<br>SAND, SEBOLT & WERNOW CO., LPA<br>Aegis Tower – Suite 1100<br>4940 Munson Street NW<br>Canton, Ohio 44718<br>Telephone: (330) 244-1174<br>Facsimile: (330) 244-1173<br>Email: howard.wernow@sswip.com | */s/Stamatios Stamoulis*<br>Stamatios Stamoulis (#4606)<br>800 N. West Street, Third<br>Floor Wilmington, DE 19801<br>(302) 999-1540<br>stamoulis@swdelaw.com<br><br>ATTORNEYS FOR PLAINTIFF |

　　　SO ORDERED this   30   day of   September  , 2020.

_____
United States District Judge